# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00637-CR

**Bruce Nimmo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-08-201309, HONORABLE MELISSA YOUNG GOODWIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   December 23, 2008

Do Not Publish